# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 20, 2015

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

    Re:  David Anthony Stebbins
        v. United States District Court for the Western District of
        Arkansas
        No. 14-7114
        (Your No. 14-2686, 14-2711)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

        Sincerely,

        Scott S. Harris, Clerk